# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                              CASE NO.  3:02CR103LAC

DOROTHY J. GREENE

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on _____
Motion/Pleadings:  MOTION TO AMEND PRESENTENCE INVESTIGATION REPORT
Filed by DEFENDANT PRO SE          on 7/5/05          Doc.# 159
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_/s/ Mary Maloy-Wells_
LC (1 OR 2)                                      Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 14th day of July, 2005, that:*

*(a) The relief requested is **DENIED.***

*(b) The sentencing hearing was the time and place to have resolved these issues when both sides could have been heard on the matter.*

                                             s/*L.A. Collier*
                                        ***LACEY A. COLLIER***
                                        ***United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.